IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:25-MJ-452 |
| | § | |
| ZACHARY EVETTS | § | |

## ENTRY OF APPEARANCE OF COUNSEL

I enter my appearance as *retained* lead counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the above-named defendant in all matters relating to this cause, and in all proceedings before this Court; unless and until, after written motion filed by us, I am relieved by Order of this Court.

Dated: 28 July 2025

Respectfully Submitted,

 */s/ Patrick J. McLain*

Patrick J. McLain
Attorney for Zachary Evetts
Texas State Bar Number: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75202
Telephone: (214) 416-9100
patrick@patrickjmclain.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of this Notice of Appearance was served electronically via the CM/ECF system to the Office of the United States Attorney, Northern District of Texas on 28 July 2025.
.

 */s/ Patrick J. McLain*

Patrick J. McLain