IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:25-MJ-452 |
| | § | |
| | § | |
| JOY GIBSON (05) | § | |

## ENTRY OF APPEARANCE OF COUNSEL

We wish to enter our appearance as retained counsel for the above-named defendant in this cause.

We understand that it is our duty to continue to represent the above-named defendant in connection with all the matters relating to this cause, and in connection with all proceedings therein this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by us, I am relieved by Order of the Court.

Dated: September 10, 2025

| | |
|---|---|
| /s/William R. Biggs | /s/Matthew J. Smid |
| WILLIAM R. BIGGS, SBN 24052832 | MATTHEW J. SMID, SBN 24063541 |
| City Center \| Tower II | City Center \| Tower II |
| 301 Commerce Street, Suite 2001 | 301 Commerce Street, Suite 2001 |
| Fort Worth, Texas 76102 | Fort Worth, Texas 76102 |
| (817) 332-3822 | (817) 332-3822 |
| Email:  wbiggs@williambiggslaw.com | Email:  Matt@MattSmidLaw.com |

## CERTIFICATE OF SERVICE

We hereby certify that on September 10, 2025, we served the foregoing motion on SHAWN SMITH, Assistant United States Attorney, in accordance with Rule 49 of the Federal Rules of Criminal Procedure.

/s/Matthew J. Smid
MATTHEW J. SMID