**IN THE UNITED STATES OF AMERICA
NIRTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **vs.** | § | **Case No. 4:25-MJ-452** |
| | § | |
| **SETH SIKES** | § | |

### <u>NOTICE OF APPEARANCE AS ATTORNEY OF RECORD</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PHILLIP A. LINDER and OLEGARIO ESTRADA, and moves the Court enter into the docket of the above entitled cause that PHILLIP A. LINDER and OLEGARIO ESTRADA be listed as attorneys of record for the Defendant. On July 06/2025 PHILLIP A. LINDER and OLEGARIO ESTRADA were retained by Defendant to represent him in this case.

I.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Honorable Court enter PHILLIP A. LINDER and OLEGARIO ESTRADA as attorneys of record for the Defendant.

RESPECTFULLY SUBMITTED,

 s// Phillip A. Linder
PHILLIP A. LINDER
ATTORNEY FOR DEFENDANT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
STATE BAR #12363560
OFFICE: (214) 252-9900
FAX: (214) 252-9902

EMAIL: PHILLIP@THELINDERFIRM.COM
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was ELECTRONICALLY FILED with the clerk of the court using the ECF system which will send notification to Maureen Smith, Assistant United States Attorney, on this the 22nd day of September, 2025.

_ s// Phillip A. Linder _____ _
PHILLIP A. LINDER

<u>NOTICE OF APPEARANCE</u>