```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-MJ-452 (02) |
| | § | |
| SAVANNA BATTEN | § | |

### NOTICE OF OPTION TO FILE MOTION TO RECUSE

Please take notice that the wife of Judge Jeffrey Cureton, the Magistrate Judge presiding over certain pretrial matters in this case, is employed with the Fort Worth law firm of Varghese & Summersett PLLC. While she is a partner in the firm, she is a non-equity partner and does not share directly or indirectly in the general earnings of the lawfirm. Consequently, Judge Cureton is not required to recuse himself from hearing this case. However, he is required to notify the parties of his wife's employment arrangement and to invite any party who wishes to do so to move for his recusal from the case. Upon receipt of such a motion, he will immediately and happily recuse himself without prejudice to the moving party or his attorneys in this or any other case.

The parties shall have until September 30, 2025 to file a motion for recusal.

SIGNED this 22ND day of September, 2025.

_____
JEFFREY CURETON
UNITED STATES MAGISTRATE JUDGE