**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

| | | |
|---|---|---|
| **United States of America** | § | |
| v. | § | No. 4:25-MJ-452-MJ |
| **Maricela Rueda (07)** | § | |

**Defendant's Response to Government's Motion for Protective Order**

To the Honorable Jeffrey L. Cureton:

Defendant Rueda is unopposed to the government's motion for a protective order (ECF 61).

Respectfully submitted,

/S/ *Derek D. Brown*
Derek D. Brown
State Bar of Texas 24003268

Law Office of Derek Brown
209 W. 2nd Street, #197
Fort Worth, Texas 76102
(817) 992-5282
ddblegal@gmail.com
Attorney for Maricela Rueda

**Certificate of Service**

I certify a copy of this response was served on October 6, 2025 to Assistant U.S. Attorney Smith through the electronic document case filing system utilized by the District Courts of the Northern District of Texas.

/S/ *Derek D. Brown*
Derek D. Brown